FILED IN CHAMBERS
U.S.D.C. Atlanta

OCT 0 7 2004

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GAVIN ALLEYNE, | ) |
| | ) CIVIL ACTION |
| Plaintiff, | ) |
| | ) NO: 1:04-CV-0747-WSD |
| v. | ) |
| | ) |
| COSTCO WHOLESALE | ) |
| CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### ORDER REGARDING THE FILING OF
### PROTECTED MATERIALS IN COURT

Upon consideration, the consent protective order entered contemporaneously herewith is modified as follows:

Protected materials may not be filed in Court, whether separately or as a part of pleadings or other court papers, except under seal. Any party wishing to make such a filing must first present a motion regarding the specific documents sought to be filed under seal to the Court for its approval. Approval of such a motion will be greatly expedited if it is presented with the consent of all parties.

Upon approval of the motion by the Court, the protected materials shall be filed in a sealed envelope. The sealed envelope shall be endorsed with: (1) the caption of the lawsuit; (2) the title of the filing or a brief description of the enclosed materials; and (3) the following legend:

**Confidential Subject to Court Order**.  The following envelope contains documents filed in this case by (name of party).  It is not to be opened by, nor are the contents to be displayed or revealed to, anyone other than authorized Court personnel, except upon order of the Court.

Parties are instructed to comply with these provisions when filing materials under seal for consideration by this Court.

It is **SO ORDERED**, this 7th day of October, 2004.

_____
E. Clayton Scofield III
UNITED STATES MAGISTRATE JUDGE